IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| TRUSTEES OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION, et al,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNION ORGANIZATION FOR SOCIAL SERVICES,<br><br>          Defendant. | Civil No.: 22-00541 (RBK-EAP)<br><br>**ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on Plaintiffs Trustees of The United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Health and Welfare Fund's Motion to Enter Default Judgment (ECF No. 8), for the reasons expressed in the corresponding opinion:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment is **DENIED** without prejudice; and

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

Dated: 6/6/2023

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

1